IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
08/01/2018
JEFFREY P. COLWELL, CLERK

Civil Action No. _____
(To be supplied by the court)

__Kelvin Millbrook_____, Plaintiff,

v.

__A.W. Spitz, et al._____

__sue in their individual and official capacities__, Defendant(s).

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:
   Denial of serious Medical needs / 8th amendment violation / TRO / Excessive Force / unconstitutional condition of confinement / Deliberate indifference

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

None

None

5. Are you in imminent danger of serious physical injury?

X Yes __ No (CHECK ONE). If you answered yes, briefly explain your answer:

I'm in severe pain and filing this lawsuit under Extraordinary remedy My life is in imminent danger

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  7-27-18
                    (Date)

_____
(Prisoner's Original Signature)

(Rev. 10/01/12)                                         2

## AUTHORIZATION

I, **Kim Millbrooks**, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): **Kim Millbrooks**

Prisoner Signature: **Kims Millbrooks**

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: _Kim Millbrook_

Signature of Authorized Prison Official: _____

Date: _____

Case No. 1:18-cv-01982-GPG-MDB   Document 1   filed 08/01/18   USDC Colorado   pg 5 of 5

