This is being Filed as a Bivens claim I am a Federal Prisoner. See Bivens v. six unknown Federal Agents, 403 U.S. 388 (1941)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

〜〜 My claims being stated 〜〜

Civil Action No. _____

(To be supplied by the court)

See Ashcroft v. Iqbal, 129 S. Ct 1937 (2009) Supervisory liability Theory

See Farmer v. Brennan 511 U.S. 825 (1994) 8th Amend. Violation Deliberate indifferent, excessive Force unconstitutional condition of confinement by use or Threat and intimidation, Denial of Medical treatment For a Serious Medical need, cruel and unusual Punishment, mental and emotional injury, TRO Relief. See Hudson v. McMillian U.S. 1, 8 (1992); Whitley v. Albers, 475 U.S. 312, 320-21 (1986); See Haines v. Kerner, 404 U.S. 519, 520 (1942) complaint held to less stringent standards than Formal Papers Drafted by lawyers. Failure To Protect.
See Estelle v. Gamble, 429 U.S. 97, 103 (1946)

Kim Millbrook #13400-026 _____, Plaintiff,

v.

1. Assistant Warden Slotz _____,

2. Lieutenant Murton _____,

3. SIS Lt. Salop _____,

4. Nurse Kristina Sorby _____,

5. Correctional Officer Collins _____,

6. Correctional Officer Cochran _____,

7. Correctional Officer Rhodes _____,

8. Correctional Officer ~~Garcia~~ ████████, Defendant(s).

Each Defendant are Federal employee and were acting under the color of Federal law.

Sue in their individual and official capacities.

(See additional list of Defendants names)

(List each named defendant on a separate line.)

〜〜 Verified 〜〜 〜 **PRISONER COMPLAINT** 〜

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 08 2018

JEFFREY P. COLWELL
CLERK

(Rev. 1/30/07)

Attachment

"Additional Names of Defendants"

9. Physician Assistant Osagie

10. Healthcare Supervisor Hullie

## A. PARTIES

1.  Kalvin Lee Millbrooks #13400-0266 – Florence
    (Plaintiff's name, prisoner identification number, and complete mailing address)
    Admax – P.O. BOX 8500 – Florence Colorado 81226

2.  Assistant Wardens SPHZ – Florence Admax –
    (Name, title, and address of first defendant)
    P.O. BOX 8500 – Florence Colorado 81226

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes   X  No  (CHECK ONE).  Briefly explain your answer:
    Federal law, the defendant is A Federal
    employee

3.  Lieutenant Murton – Florence Admax –
    (Name, title, and address of second defendant)
    P.O. BOX 8500 – Florence Colorado 81226

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes   X  No  (CHECK ONE).  Briefly explain your answer:
    Federal Law, the defendant is A
    Federal employee

4.  SIS Lieutenant Sapp – Florence
    (Name, title, and address of third defendant)
    Admax – P.O. BOX 8500 – Florence Colorado 81226

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes   X  No  (CHECK ONE).  Briefly explain your answer:
    Federal Law, the defendant is A
    Federal employee

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant.  The information about additional defendants should be labeled "A. PARTIES.")  (See Additional defendants list
"A. Parties")

(Rev. 1/30/07)                                             2

(Attachment Additional defendant list's)

"A. Parties"

5. Nurse for BHna Serby - Florence AdMax - P.O.Box 8500 - Florence Colorado 81226 Acting Under Federal Law - She Is A Federal EMPloyee.

6. Correctional Officer Collins - Florence AdMax - P.O.Box 8500 - Florence Colorado 81226 - the Defendant was acting under Federal Law - He Is A Federal EMPloyee

7. Correctional Officer Cochran - Florence AdMax - P.O.Box 8500 - Florence Colorado 81226 - The defendant was acting under Federal Law - He Is A Federal EMPloyee

8. Correctional Officer Rhodes - Florence AdMax - P.O.Box 8500 - Florence Colorado 81226 - The defendant was acting under Federal Law - He Is A Federal EMPloyee

9. Correctional Officer ~~[redacted]~~ Garcia - Florence AdMax - P.O.Box 8500 - Florence Colorado 81226 - The defendant was acting under Federal Law - He Is A Federal EMPloyee

C. ATTACHMENT ADDITIONAL DEFENDANTS LISTS

"A. Parties."

10. Physician Assistant Osagie - Florence Admax - P.O. BOX 8500 - Florence Colorado 81226 - The defendant was acting Under Federal law - He is A Federal employee

11. Healthcare Supervisor HWII6 - Florence Admax - P.O. BOX 8500 - Florence Colorado 81226 - The defendant was acting under the color of Federal law - she is A Federal employee

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

   ___  28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   X    28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   FRCP 65 TRO / Preliminary Injunction
   _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Plaintiff was threatened, sexually assaulted, physically assaulted, denied medical treatment, threats of death on my life, health and safety. All by staff officials at the United States Penitentiary Administrative Maximum Security. Florence Colorado ADX Florence Prison. These were violations of my constitutional rights under the 8th amendment of cruel and unusual punishment, deliberate indifference, excessive force, denial of medical treatment, unconstitutional conditions of confinement, failure to protect claims.

(Rev. 1/30/07)                    3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: 8th Amend. excessive force/Deliberate Indifference violations Failure to Protect

Supporting Facts:

1. On or about 4-18-18 between the hours of 11AM to 2pm Morning watch at ADX Florence on 10-unit cell-604 I was taken out of cell 604 10-181 by Lt. Munton and four (4) unknown staff officials on the orders of Assistant Warden Spitz. I had had a conversation with A.W. Spitz earlier and told her thankyou for her help on a subject that she had helped me out with. I told A.W. Spitz that I'm a Christian Man and that I have a godly love for her called "Agape" which means godly love. A.W. Spitz took the whole message that I said to her out of content and told me that she was going to teach me a lesson about saying that I said to her about how I have a godly love for her.

2. A.W. Spitz went and told Lt. Munton what I had said to her, that's when Lt. Munton and unknown staff officials told me to cuff up, I asked Lt. Munton for what? Lt. Munton said

(Rev. 1/30/07)                    4

(See Additional pages regarding the cause of action)

(Attachment additional pages regarding)
(the cause of action.

"10. cause of action"

1. Claim one: 8TH amend, violations excessive force
Deliberate Indifference - Failure to Protect

Supporting Facts:
- Continued - that A.W. 3PH to told me
and the unknown staff officials
to teach me a lesson about messing
with her or any female staff at
ADX - Florence.

3. I was escorted out of cell 604 by
Lt. Murton who had put the hand
cuffs on my wrists area on both
right and left sides extremely
tight in which I complained to
Lt. Murton and said that the re-
straints were extremely tight to
that point of severe pain. Lt. Mur-
ton told me that's good maybe you
will learn to keep your mouth shut
thus violating my 8TH Amendment
rights of cruel and unusual punish-
ment and excessive force to inflict
pain and suffering with malicious
and sadistic intent.   see Additional
                       " pages regarding "
                        the cause of action

(Attachment: Additional pages regarding
the cause of action
"12. Cause of Action"

1. Claim One: 8th Amend. violations excessive
force/deliberate indifference - Failure to Protect

Supporting facts:

4. While I was being escorted from cell 604
12-B1F6 by Lt. Murton and the 4 other un-
known staff officials A.W. Spitz was
located right outside the cell 604 door
and I told A.W. Spitz that Lt. Murton had
put the handcuffs on me extremely tight
and could she tell Lt. Murton to loosen
them up? A.W. Spitz told me no I will
not. Thus condonning what Lt. Murton
was doing by him using excessive force on
me and A.W. Spitz violating my 8th Amend-
ment right of Deliberate indifference
and failure to protect.

5. I was escorted to a holding cell in the
front of 12-unit and held there for
20 minutes while my cell 604 12-B1F6 was
being stripped searched.

"See Additional"
Pages regarding
the cause of action

(Attachment: Additional Pages regarding the)
Cause of Action
→ "2. Cause of Action"

1. Claim One: 8th Amend. Violations excessive force/deliberate indifference-failure to protect supporting facts!

6. Lt. Murton and the 11 unknown staff officials came to get me out of the holding cell CPP of 10-Bag all the while I still had the handcuffs on the whole time.

7. Lt. Murton told me once again that A.W. Spitz wanted Lt. Murton and the 11 unknown staff to teach me a lesson not to mess with A.W. Spitz or any female staff at ADX-Florence.

8. Lt. Murton began on pulling on the hand cuffs that were extremely tight to-round my right and left wrist area one at a time causing severe pain, and once we were back inside the cell 60M 10-Bag area Lt. Murton slammed my head and shoulder (right side) into the steel part of the bars trying to break my arms by pulling up on the cuffs.

→ See Additional Pages→ regarding the cause of action

(Attachment Additional pages regarding Cause of Action)

## "10. Cause of Action"

1. Claim one: 8th amend. violations excessive force / Deliberate indifference - failure to protect.
Supporting facts:

9. All I did was ask Lt. Murton where was all my property that was taken out of the cell by Lt. Murton and the unknown staff on A.W. Sphy orders.

10. Lt. Murton finally forced me inside cell 60M and got the cells bar closed while Lt. Murton holding onto the cuffs and me and the Lt. Murton took his free hand and reach down in the back of my shorts that I had on and penetrated my butthole with his finger for about 3 to 5 seconds and pulled it out. This violated my 8th amendment rights of cruel and unusual punishment of committing a sexual assault on me by the means of excessive force and when he slammed me head and shoulders "into the bar before he stuck his finger into my butthole. Then unknown staff stood back and failed to protect me from Lt. Murton assault on me and committed deliberate indifference. 8th amend. violation

↘ See additional pages regarding the cause of action "

Attachment Additional Pages regarding:
Cause of Action

"D. Cause of Action"

I. Claim One: 8th Amend. Violations excessive
Force / Deliberate Indifference - Failure to Protect

Supporting Facts:

II. I then had the hand cuffs taken
off by Lt. Morton, thats when I turned
around and told Lt. Morton that what
he did to me was a sexual and phy-
sical assault on me. And I told A lady
guard who was standing in the Door out
side in the hallway and 2 males
guard that they just stood back
and watched Lt. Morton sexual
and physically assault me. All 4 un-
known staff just smiled and then
Lt. Morton and the 4 unknown staff
Left me inside the cell.

III. After they left I pushed the
Emergency button inside my cell
and reported the incident to staff.
I was assessed by psychology per-
sonell later that Day.

2. Claim Two: **8ND Amend. Delliberate Indifferent Dental or Medical Treatment**

Supporting Facts:

13. On or About 4-18-18 morning watch between 11 AM to 3PM I told Correctional Officers Collins and Cochran that I had been Physically and sexually assaulted by Lt. Murton, that I was in severe pain and suffering and I was bleeding out my butthole and needed immediate emergency medical treatment. When they came to my cell room 12-Block to bring me my Legal property. They refuse thus violating my 8ND amend. Rights of Delliberate Indifferent of Dental or Medical treatment, for A serious Medical need. They told me I would not be getting any Medical treatment because they were not there when Lt. Murton Physically and sexually assaulted me. I told C.os Collins and Cochran that I was going to White them up for denying me medical treatment on a grievance, and A Lawsuit and they threatened me and said If you White us up. Collins said If you White us up we are going to kick to you ass and spray you with Mace and Mateing Correctional Officer Cochran agreed Making me fear for my life, health and safety.

(Rev. 1/30/07)                5

↳See Additional Pages regarding the cause of action."

"Attachment: Additional Pages regarding; ⏎
Cause of Action

"10. Cause of Action"

20. Claim Two: 8th amend. Deliberate Indifference Denial of Medical Treatment.

Supporting Facts:

14. On or About 7-18-18 evening watch. between 3 to 6 PM cell 604 10-Block at ADX-Florence I Informed Correctional Officers ▓▓▓▓ Garcia and Rhodes to call Healthcare about me being physically and sexually assaulted by Lt. Morton on morning watch In which they said they would and then left and came back into the Registered Nurse Name nurse serby to do a rape assessment between the hours of 4 to 6 PM.

15. I told nurse serby that I was in severe pain in my neck, head, back, arms, wrists and hands and my butthole was bleeding C.O. Rhodes was present and witnessed me telling the nurse serby this. I told her I needed Immediate medical treatment for pain and the bleeding out of my butthole.

"see Additional Pages regarding the cause of action"

("Attachment Additional Pages regarding 3rd Cause of Action

"3rd Cause of Action"

2. Claim Two: 8th amendment Deliberate in-difference Denial of medical treatment

Supporting Facts:

16. PEN serby Refused me medical treat-ment and told me to Put a sickcall slip into see the Doctor. This was a clear 8th amend. Violation of Deliber-ate indifference and Denial of medical treatment. Also C.Os Rhodes and Garcia ▓▓▓▓▓ were present and they to vio-lated my Rights Under the 8th amend-ment of Deliberate indifference of Denial of medical treatment for a serious medical need by not get-ting me over to the healthcare to be seen by the Doctor or taken to the outside Doctor or hospital.

17. On or About 4-19-18 Morning watch be-tween 1 Am to 2:30pm I was Called out of my cell 60M-D-Blg to be interviewed by SIS Lt. Sapp About the Sexual and Physical assault by Lt. Murton on 4-18-18.

"See Additional Pages regarding the cause of action"

[Attachment addt'l pages regarding)
cause of action

"D. cause of action"

2. Claim Two: 8th amend. Deliberate In-
difference Denial of Medical treatment

Supporting Facts:

18. I told SIS Lt. Sapp that I needed immediate
emergency medical treatment from either the
ADX-Florence healthcare providers or to be sent
to outside hospital due to me bleeding out my
butthole, and being in severe pain in butthole,
head, neck, wrists, arms and back; SIS
Lt. Sapp said there was nothing he could
do for me thus violating my 8th Amend.
right of deliberate indifference or denial
of serious medical treatment.

19. On or about 4-20-18 evening watch PA N
Service came back to my cell BOM 12-131t4
at ADX-Florence between the hours of 4 to
6 PM to bring me over the counter medication
I gave her two emergency sick-call slip to
the healthcare supervisor Huille and to the
physician Assistant Osagie for emergency
medical treatment from still bleeding out
my butthole and pain in butthole area, also neck

See Additional Pages regarding the cause of action "

(Attachment Additional Pages regarding Cause)
of action

"D. Cause of action"

2. | Claim two: 8Th amend. Deliberate indif-
ference Denial of Medical treatment

Supporting Facts:

-continued- back, head, wrists and
arms for the sexual and physical as-
sault that happened on M-18-18 that
took place in Cell 604 12-Block's with Lt.
Murton.

200. | P.a.N Sorby Still was denying me Medical
treatment 8Th amend. violation of De-
liberate indifference and she said that
the Healthcare Supervisor Ms Himlie and
P.A. Osagie knew about my being as-
saulted sexually and physically and that
they would get me over to healthcare
but they never did this. P.A. Osagie and
healthcare Supervisor Himlie violated my
8Th amend. Right of Deliberate indifference
of Denial of Medical treatment for a
serious need.

see Additional
Pages regarding the
Cause of action

(Attachment Additional Pages regarding)
Cause of action

"D. Cause of Action"

26. Claim Two: 8th Amend. Deliberate Indif-
ference - Denial Of Medical Treatment

Supporting Facts:

26.1. Upon Information and belief P.A. Osagie
does not make rounds on A daily basis
in regards to Medical Concerns at ADX-
Florence in the D-Block unit where he
is assigned since I've been here since
August 2014.

26.2. Upon Information and belief Medical staff,
and the Health care supervisor Hemie
Also the unit Correctional officer do not
report or attend to emergency Concerning
Medical situations involving inmates at
ADX-Florence, inmates can be seriously
sick or dying and nothing will be done.

3. Claim Three: 8th Amend. Deliberate Indifferences Unconstitutional Conditions of Confinements by Use of Death threats and Intimidations

Supporting Facts:

23. On or About 4-25-18 (weds.) Morning Watch on 10-B146 Cell 60M at ADX-Florence between the hours of 11 AM to 2 PM A.W. Spitz and A.W. Christensen Along With Unit Manager Perez, Unit Case Manager osland, and Unit Camsler Hansen stopped at Cell 60M the cell that I Plaintiff reside in. I told A.W. Spitz that I'm Filing grievances and A Lawsuit against her and Lt. Murton Also the other defendant named in this lawsuit. A.W. Spitz told Me that she is going to Set Me Up to be killed by her Staff For Making a Complaint on her and Lt. Murton On 4-18-18 to SIS Lt. Sapp in regards to Lt. Murton Physically and Sexually assaulting Me. A.W. Spitz said If I File any More grievances or A lawsuit that I better Watch My back o because She's going to Make sure that Something bad is going to happen to Me, then A.W. Christesen said to Me that I can count on Something bad is going to happen to Me. thus violating My 8th Amend. rights of Deliberate Indifferent of Unconstitutional Conditions of Confinement by Threat and Intimidation by both A.W. Spitz and A.W. Christesen I'm in Fear For My life, health, and safety.

(Rev. 1/30/07)

6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

   Millbrooks V. USA

2. Docket number and court name:

   3:11-CV-0131

3. Claims raised in prior lawsuit:

   FTCA Sexual Assault and battery

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

   Still pending

5. If the prior lawsuit was dismissed, when was it dismissed and why?

   Still pending

6. Result(s) of any appeal in the prior lawsuit:

   No Appeal

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   _X_ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ___ Yes _X_ No (CHECK ONE).

   Due to Death threats on my life that Made the administrative remedies "Unavailable"

(Rev. 1/30/07)                                7

Wherefore, Plaintiff respectfully prays that this court enter judgement granting Plaintiff:

**G. REQUEST FOR RELIEF**

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. Compensatory damages in the amount of ten (10) million against each defendant, jointly and severally.

2. Punitive damages in the amount of five million against each defendant;

3. Pain and suffering damages in the amount of $5 million.

4. Mental and emotional injury damage in the amount of $5 million.

5. A jury trial demand.

6. Any additional relief this court deems just, proper, and equitable

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___7-27-18___

(Date)

_Kim Millbrook_

(Prisoner's Original Signature)

The court must construe a Pro se litigants motion liberally because he is not represented by an attorney. See Haines v. Kerner, 404 U.S. 519, 520-21, 92 S.Ct. 594 30 L.Ed 2d 652 (1972)

Name: Kevin Millbrooks #13400
REG. NO:
U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226.8500

7/27/16

" Legal Mail "

To: Office Of The Clerks
U.S.D.C.
Alfred A. Arraj Courthouse
901-19th Street
Room A-105

Denver, CO 80294-3589



JUL 27 2018

Administrative Maximum
P.O. Box ___
Florence, CO 81226-8500

The enclosed letter was
mailing processed
has been mailed to ___
raises a question, ___
the institution ___
for further information ___
encloses correspondence ___
addressee, please return to ___
address.