IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01962-RM-KMT

KIM MILLBROOK,

    Plaintiff,

    v.

SPITZ, Assistant Warden,
MURTON, Lieutenant,
COLLINS, Correctional Officer, and
COCHRAN, Correctional Officer,

    Defendants.

**DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Spitz, Murton, Collins, and Cochran ("Defendants")[1] move pursuant to D.C.COLO.LCivR 6.1 for a 30-day extension of time, to December 31, 2018, to respond to the complaint because they are requesting representation authority from the Department of Justice ("DOJ"), and the process for resolving that request has not been completed.

**PROCEDURAL AND FACTUAL BACKGROUND**

---

[1] Undersigned counsel does not have representation authority for any of the Defendants. She is appearing for the limited purpose of requesting an extension of time to respond to the complaint so that Defendants' requests for representation from DOJ may be reviewed and resolved before a response is required.

1

Plaintiff filed his original complaint against ten Federal Bureau of Prisons ("BOP") officials in their individual capacities pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 42 U.S.C. § 1983, alleging violations of his constitutional rights. ECF No. 5. Pursuant to Plaintiff's Motions for Leave to Amend, ECF Nos. 9 and 10, the Court's Order directing Plaintiff to cure certain defects, ECF No. 15, Plaintiff filed an amended complaint, which is the operative complaint ("Complaint"). ECF No. 16. The Court then *sua sponte* dismissed claims against six of the ten named defendants. ECF No. 17. The remaining claims are as follows:

1) Eighth Amendment excessive force claims asserted against Defendant Murton and Defendant Spitz; and

2) First Amendment retaliation claims asserted against Defendants Spitz, Collins and Cochran.

The complaint was served on the U.S. Attorney's Office on October 1, 2018, and the four remaining Defendants waived service effective October 1, 2018. ECF No. 21. Thus, the deadline for Defendants' answer or other response to the Complaint is November 30, 2018.

### ARGUMENT

Fed. R. Civ. P. 10(b)(1)(A) provides that the Court may extend a deadline for good cause if a motion for an extension is filed before the deadline passes. Good cause exists here because all Defendants are requesting representation from DOJ, and the process for resolving that request has not been completed.

Federal employees sued in their individual capacities have 60 days from the date of service on them or the U.S. Attorney's Office, whichever is later, to respond to the complaint.

2

Fed. R. Civ. P. 12(a)(3). Therefore, Defendants have 60 days from the date of service on them, i.e., until November 30, 2018, to respond to the complaint.

Defendants need additional time to respond to the complaint because they are still seeking counsel. Defendants have requested representation from DOJ and that request is being reviewed. *See generally* 28 C.F.R. § 50.15 (procedure for federal employees to request representation from DOJ). The procedures to obtain representation authority include a written request by the individually named defendant, a determination by the employee's agency regarding whether representation is appropriate, and a determination by DOJ as to whether representation is appropriate. *Id.* at §§ 50.15(a)(1)-(2). The DOJ attorney evaluating the request is in Washington, D.C., and is not part of the U.S. Attorney's Office in Denver. DOJ must approve representation authority before any action may be taken on behalf of the individual-capacity Defendants.[1] *See* 28 C.F.R. § 50.15.

At this time, undersigned counsel does not have representation authority for any of the Defendants. The process of determining representation may take several more weeks.

Plaintiff is not prejudiced by an extension of time because he does not allege any ongoing violation of law. *See* ECF No. 16.

For the foregoing reasons, Defendants respectfully request a 30-day extension of time until December 31, 2018, to respond to the complaint.

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel states that no extensions have previously been requested or granted.

---

[1] The exception is that a request for an extension of time to respond to a complaint may be made while a request for representation is pending. Justice Manual 4-5.410, available at https://www.justice.gov/jm/justice-manual.

3

Pursuant to D.C.COLO.LCiv R 6.1(c), this motion will be served on BOP counsel Ian Guy, as representative for Defendants.

Undersigned counsel did not confer with Plaintiff regarding this motion because Plaintiff is a *pro se* prisoner and, therefore, D.C.COLO.LCivR 7.1 does not require conferring.

## CONCLUSION

For the foregoing reasons, the Court should grant a 30-day extension until December 31, 2018, for Defendants to respond to the complaint.

DATED November 30, 2018                Respectfully Submitted,

                                       JASON R. DUNN
                                       United States Attorney

                                       *s/ Katherine A. Ross*
                                       Katherine A. Ross
                                       Assistant United States Attorney
                                       1801 California Street, Suite 1600
                                       Denver, Colorado  80202
                                       Telephone:(303) 454-0100
                                       Katherine.Ross@usdoj.gov

4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

None.

and I hereby certify that I will mail the foregoing to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

*Via U.S. Mail:*
Kim Millbrook, Plaintiff *pro se*
# 13700-026
Florence ADX
Inmate Mail/Parcels
P.O. Box 8500
Florence, CO 81226

*s/ Betsy Hernandez-Soto*
U.S. Attorney's Office

5