**Exhibit 1**

**Defendants' Statement of Undisputed Material Facts**

Movant's Supporting Statement:

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response/Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| 1. At the time of the events at issue in this matter, Plaintiff was an inmate in the custody of the Bureau of Prisons ("BOP"), and was housed at the Administrative Maximum Facility ("ADX") in Florence, Colorado.<br>ECF No. 16 at 6. | | |
| 2. Plaintiff continues to be incarcerated at the ADX, with a projected release date of December 4, 2034.<br>Ex. 2, Declaration of Belinda Shelton, ¶ 3. | | |
| 3. The operative complaint in this matter is Plaintiff's Amended Prisoner Complaint.<br>ECF No. 16. | | |
| 4. The claims asserted in the Amended Complaint concern events that allegedly occurred between July 18, 2018, and August 13, 2018.<br>ECF No. 16 at 6-16; ECF No. 17 at 2-5. | | |
| 5. The BOP has a four-tiered Administrative Remedy Program for inmate grievances, which is codified at 28 C.F.R. § 542.10 *et seq*.<br>Ex. 2 ¶ 4. | | |

EXHIBIT 1 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 6. Since July 1990, the BOP has maintained information related to administrative complaints filed by inmates under the Bureau's Administrative Remedy Program in SENTRY.<br>Ex. A ¶ 7. | | |
| 7. A review of SENTRY records indicates that, since Plaintiff entered BOP custody, he has filed 203 formal administrative remedies or appeals.<br>Ex. A ¶ 10. | | |
| 8. The most recent administrative remedy filed by the Plaintiff was on March 20, 2017.<br>Ex. A. ¶ 11. | | |

EXHIBIT 1 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT