## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01962-RM-KMT

KIM  MILLBROOK,

     Plaintiff,

v.

SPITZ, Assistant Warden,
MURTON, Lieutenant,
COLLINS, Correctional Officer, and
COCHRAN, Correctional Officer,

     Defendants.

---

## DECLARATION OF BELINDA M. SHELTON

---

     I, Belinda M. Shelton, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above-captioned matter:

     1.     I am a Paralegal Specialist at the United States Department of Justice, Federal Bureau of Prisons (Bureau) facility known as the Federal Correctional Complex (FCC), Florence, Colorado. I have been so employed since October 2015. I have been employed by the Bureau, in positions of increasing responsibility, since January 1996.

     2.     I am familiar with all four levels of the inmate administrative grievance procedure created by the Bureau's Administrative Remedy Program. *See* 28 C.F.R. §§ 542.10 - 542.19. I have access to records maintained in the ordinary course of business by the Bureau, including

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

administrative remedy requests of federal inmates, information maintained in the SENTRY

database, and inmate central files. All attachments provided herein are true and accurate copies

of Bureau records maintained in the ordinary course of business.

3.      The Plaintiff in the action, federal inmate Kim Millbrook (Plaintiff), Register

Number 13700-026, is currently incarcerated at the U.S. Penitentiary-Administrative Maximum

(ADX) in Florence, Colorado. *See* Attachment 1, SENTRY Public Information Inmate Data, at

I. Plaintiff was convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. §

922(0), 924(A)(2)2 11 3(8); Possession with Intent to Distribute Crack Cocaine, in violation of

21 U.S.C. § 841(A)(l) & (8)(1)(8); Witness Tampering, in violation of 18 U.S.C. § 1512(B)(l)

& 2; and Witness Retaliation, in violation of 18 U.S.C. § 1513(8)(2). *Id.* at 2. He was sentenced

to a 372-month term of imprisonment with 8 years supervised release. *Id.* The Plaintiff has a

projected release date of December 4, 2034. *Id.*

4.      The Bureau has a four-tiered Administrative Remedy Program for inmate

grievances, which is codified at 28 C.F.R. § 542.10 *et seq.* The first step is informal resolution

with prison staff. *See* 28 C.F.R. § 542.13(a). A Request for Informal Resolution Form (also

known as a BP-8) is not assigned a Remedy ID number and is not tracked in SENTRY. The

second step is the filing of a formal Request for Administrative Remedy (also known as a BP-9)

at the institution in which the inmate is incarcerated. *See* 28 C.F.R. § 542.14. An administrative

remedy at this level, and subsequent levels, is assigned a Remedy ID number and tracked in

SENTRY. The third step occurs if the inmate is not satisfied with the response to his BP-9.

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, program participation, administrative remedies, and discipline history.

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Within 20 calendar days of the date the Warden signs the response, the inmate may then appeal the complaint to the Regional Director, by filing a Regional Office Administrative Remedy Appeal (also known as a BP-10). *See* 28 C.F.R. § 542. l 5(a). The fourth step occurs if an inmate is dissatisfied with the Regional Director's response. In that event, an inmate may appeal to the Director, National Inmate Appeals, in the Office of the General Counsel in Washington D.C., by filing a Central Office Administrative Remedy Appeal (also known as a BP-11). *Id.* An inmate may not assert in an appeal an issue he did not raise in a lower level filing. *See* 28 C.F.R. § 542. l 5(b)(2).

5.     A remedy request or appeal may be rejected at any level. 28 C.F.R. § 542. l 7(a). "When a submission is rejected, the inmate shall be provided a written notice ... explaining the reason for rejection. If the defect on which the rejection is based is correctable, the notice shall inform the inmate of a reasonable time extension within which to correct the defect and resubmit the Request or Appeal." 28 C.F.R. § 542. 17(b).

6.     An inmate has not exhausted his administrative remedies until he has properly and timely sought review at all three formal levels, that is, steps 2-4 as described above. *See* 28 C.F.R. § 542.15(b)(2).

7.     Since July 1990, the Bureau has maintained information related to administrative complaints filed by inmates under the Bureau's Administrative Remedy Program in SENTRY. One of the many functions of the SENTRY database is to track administrative remedy complaints and appeals. It allows computerized searching of complaints and appeals filed by a specific inmate.

8.      Each formal complaint *(i.e.,* BP-9, BP-10, and BP-11) is logged into SENTRY at the receiving location. If the complaint is an initial filing, it receives a unique Remedy ID Number upon initial entry, which follows the complaint throughout the appeal

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

process. Each Remedy ID Number also contains an extender that identifies the level of review. The extension F-1 indicates the complaint was filed at the institution level (BP-9). The extension R-1 indicates the complaint or appeal was filed at the regional level (BP-10). The extension A-1 indicates the appeal was filed at the national level (BP-11). The number at the end of the extension may change if the remedy or appeal is initially rejected and is then re-filed due to a technical problem, such as improper form, failing to include documentation, or improper filing at that level.

9.     I am aware of the allegations raised by Plaintiff in the Amended Prisoner Complaint filed August 8, 2018, and September I 0, 2018. *See* Doc. 5 and 16. Plaintiff alleges violations of his constitutional rights. The Court dismissed some claims, leaving the claims of excessive force and retaliation.

I0.     I reviewed the SENTRY information identifying the number and types of administrative remedies and appeals filed by Plaintiff. The review of SENTRY records indicates that, since Plaintiff entered the custody of the Bureau, he has filed 203 administrative remedies or appeals. *See* Attachment 2, SENTRY Administrative Remedy Index.

11.     I reviewed each administrative remedy filing- *i.e.,* the BP-9, BP-10, and BP-11 forms submitted by Plaintiff to the Bureau. Plaintiff has not exhausted his administrative remedies as to the claims of excessive force and retaliation that are alleged in the operative complaint of this case. The most recent administrative remedy filed by the Plaintiff was on March 20, 2017. *Id.* Accordingly, pursuant to Bureau policy and the Code of Federal Regulations, the Plaintiff has not properly exhausted administrative remedies as to these claims. *See* 28 C.F.R. § 542.15(b)(2).

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 21st day of February 2019, in Florence, Colorado.

Belinda M. Shelton
Paralegal Specialist
FCC Florence, Colorado

**Enclosures**

Attachment 1          SENTRY Public Information Inmate Data
Attachment 2          SENTRY Administrative Remedy Generalized Retrieval

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# ATTACHMENT 1

**SENTRY Public Information Inmate Data**

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
FLMIV            *        PUBLIC INFORMATION         *    02-21-2019
PAGE 001         *           INMATE DATA             *    07:34:05
                          AS OF 02-21-2019


REGNO..: 13700-026 NAME: MILLBROOK, KIM LEE


                    RESP OF: FLM
                    PHONE..: 719-784-9464    FAX: 719-784-5290
                                             RACE/SEX...: BLACK / MALE
                                             AGE:  51
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 12-04-2034                      PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV           *          PUBLIC INFORMATION         *     02-21-2019
   PAGE 002        *             INMATE DATA             *     07:34:05
                          AS OF 02-21-2019


REGNO..: 13700-026 NAME: MILLBROOK, KIM LEE

                    RESP OF: FLM
                    PHONE..: 719-784-9464   FAX: 719-784-5290
HOME DETENTION ELIGIBILITY DATE: 06-04-2034


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-04-2034 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: ILLINOIS, CENTRAL DISTRICT
DOCKET NUMBER...................: 06-40033-001
JUDGE...........................: MIHM
DATE SENTENCED/PROBATION IMPOSED: 08-13-2007
DATE COMMITTED..................: 09-14-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


               FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $600.00        $00.00         $00.00       $00.00

RESTITUTION...: PROPERTY: NO  SERVICES:  NO       AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  409
OFF/CHG: 18:922(G),924(A)(2)-FELON IN POSS OF A FIREARM, CNT 1S
         21:841(A)(1) & (B)(1)(B) - PWITD CRACK COCAINE, CNT 2S
         18:1512(B)(1) & 2 - WITNESS TAMPERING, CNTS 3S-5S
         18:1513(B)(2) - WITNESS RETALIATION, CNT 6S

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   372 MONTHS
 TERM OF SUPERVISION............:     8 YEARS
 DATE OF OFFENSE................: 01-10-2006












G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV           *        PUBLIC INFORMATION        *      02-21-2019
PAGE 003 OF 003 *            INMATE DATA              *      07:34:05
                         AS OF 02-21-2019


REGNO..: 13700-026 NAME: MILLBROOK, KIM LEE

                    RESP OF: FLM
                    PHONE..: 719-784-9464   FAX: 719-784-5290
------------------------CURRENT COMPUTATION NO: 020 ------------------------


COMPUTATION 020 WAS LAST UPDATED ON 05-03-2016 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-02-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 08-13-2007
TOTAL TERM IN EFFECT............:  372 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   31 YEARS
EARLIEST DATE OF OFFENSE........: 01-10-2006

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   01-10-2006   08-12-2007

TOTAL PRIOR CREDIT TIME.........: 580
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 767
TOTAL GCT EARNED................: 99
STATUTORY RELEASE DATE PROJECTED: 12-04-2034
EXPIRATION FULL TERM DATE.......: 01-09-2037
TIME SERVED.....................:    13 YEARS      1 MONTHS     11 DAYS
PERCENTAGE OF FULL TERM SERVED..:  42.3

PROJECTED SATISFACTION DATE.....: 12-04-2034
PROJECTED SATISFACTION METHOD...: GCT REL




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# ATTACHMENT 2

**SENTRY Administrative Remedy Generalized Retrieval**

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
    FLMIV        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
PAGE 001 OF                                                          07:32:47
       FUNCTION: L-P SCOPE: REG   EQ 13700-026    OUTPUT FORMAT: SAN
   ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____      ____      ____      ____      ____      ____
TRACK: DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ____      ____      ____      ____      ____      ____
        TYPE: ____      ____      ____      ____      ____      ____
EVNT FACL: EQ _____      ____      ____      ____      ____      ____
RCV FACL.: EQ _____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
PAGE 002 OF        *              SANITIZED FORMAT              *      07:32:47


   REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
                RCV-OFC    RCV-FACL     DATE-RCV        STATUS      STATUS-DATE


504447-F1       26AM/      SAYS NOT GETTING FOLLOW UP FOR BROKEN ARM.
                THP        THP          08-13-2008      CLO         10-08-2008

504476-F1       26BM/      CLAIMS MEDICAL NEGLECT
                THP        THP          08-13-2008      CLO         09-05-2008

504476-R1       26BM/      CLAIMS MEDICAL NEGLECT
                NCR        THP          10-01-2008      CLO         11-20-2008

526073-F1       34ZS/      SAYS STAFF DID NOTHING TO STOP HIS ATTACK.
                THP        THP          02-12-2009      CLD         02-23-2009

528687-F1       22ZM/34ZM  SAYS STAFF NOT ANSWERING COMPLAINTS
                THP        THP          03-04-2009      CLO         03-24-2009

526073-R1       34ZS/      SAYS STAFF DID NOTHING TO STOP HIS ATTACK.
                NCR        THP          03-04-2009      REJ         03-04-2009

526073-R2       34ZS/      SAYS STAFF DID NOTHING TO STOP HIS ATTACK.
                NCR        THP          03-19-2009      CLO         04-02-2009

533675-F1       27CS/      DENTAL CARE.
                THP        THP          04-08-2009      CLO         05-22-2009

533676-F1       22ZS/      SAYS NOT GIVEN ADEQUATE CLOTHING/HYGEINE
                THP        THP          04-08-2009      CLD         05-26-2009

535798-F1       22ZS/      COMPLAINING ABOUT DURESS BUTTON.
                THP        THP          04-22-2009      CLO         06-12-2009

535903-F1       26AS/26BS  CLAIMS NOT GETTING MED TREATMENT
                THP        THP          04-22-2009      CLO         05-29-2009

535905-F1       26AS/26BS  CLAIMS NOT GETTING MED TREATMENT
                THP        THP          04-22-2009      CLO         06-11-2009

536162-R1       34ZS/      OTHER COMPLAINTS AGAINST STAFF
                NCR        THP          04-22-2009      REJ         04-22-2009

536216-R1       34ZS/      OTHER COMPLAINTS AGAINST STAFF
                NCR        THP          04-23-2009      REJ         04-23-2009

537063-R1       35AS/      DENIED MEDICAL TREATMENT
                NCR        THP          04-29-2009      REJ         04-29-2009

537064-R1       13HS/
                NCR        THP          04-29-2009      REJ         04-29-2009


G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
PAGE 003 OF        *           SANITIZED FORMAT            *          07:32:47


   REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT-----------------------
                RCV-OFC    RCV-FACL      DATE-RCV       STATUS     STATUS-DATE


538298-F1       25ES/       COMMESARY ISSUES
                THP          THP        04-29-2009      REJ        05-13-2009

538363-F1       25CS/       UNHAPPY WITH CLEANING SUPPLIES
                THP          THP        04-29-2009      REJ        05-12-2009

537308-F1       22ZS/       SAYS TRYING TO FORCE ENEMY IN CELL
                THP          THP        05-01-2009      CLO        05-13-2009

537813-R1       20DS/       DHO APPEAL
                NCR          THP        05-04-2009      REJ        05-04-2009

526073-A1       34ZS/       SAYS STAFF DID NOTHING TO STOP HIS ATTACK.
                BOP          THP        05-04-2009      REJ        05-16-2009

538490-F1       15AS/       FRP ISSUES.
                THP          THP        05-11-2009      CLD        06-08-2009

539893-F1       11GS/       DID NOT GET PRIZES WON AT HOLIDAY ACTIVITIES
                THP          THP        05-20-2009      REJ        05-22-2009

541188-F1       11GS/       WANTS PRIZE WON FROM RECREATION
                THP          THP        06-02-2009      CLO        06-18-2009

537308-R1       22ZS/       SAYS TRYING TO FORCE ENEMY IN CELL
                NCR          THP        06-04-2009      CLO        07-30-2009

544624-F1       13ZS/       WANTS MANAGEMENT VERIABLE CHANGED
                THP          THP        06-09-2009      CLD        07-14-2009

543466-F1       22ZS/       REQUESTING SUPPLIES TO CELL HIS CELL
                THP          THP        06-10-2009      CLO        07-23-2009

539893-F2       11GS/       DID NOT GET PRIZES WON AT HOLIDAY ACTIVITIES
                THP          THP        06-12-2009      REJ        06-15-2009

535903-R1       26AS/26BS   CLAIMS NOT GETTING MED TREATMENT
                NCR          THP        06-12-2009      CLO        07-08-2009

533675-R1       27CS/       DENTAL CARE.
                NCR          THP        06-15-2009      CLO        07-06-2009

533676-R1       22ZS/       SAYS NOT GIVEN ADEQUATE CLOTHING/HYGEINE
                NCR          THP        06-15-2009      CLO        06-24-2009

526073-A2       34ZS/       SAYS STAFF DID NOTHING TO STOP HIS ATTACK.
                BOP          THP        06-16-2009      CLO        09-16-2009


G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-21-2019
PAGE 004 OF    *                SANITIZED FORMAT              *    07:32:47


  REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT-----------------------
               RCV-OFC    RCV-FACL    DATE-RCV      STATUS      STATUS-DATE


535798-R1      22ZS/       COMPLAINING ABOUT DURESS BUTTON.
                  NCR         THP        06-19-2009     CLO        07-06-2009


538490-R1      15AS/       FRP ISSUES.
                  NCR         THP        06-25-2009     CLD        07-24-2009


545614-F1      20ZS/       WANTS DISCIPLINE REPORT EXPUNGED
                  THP         THP        06-30-2009     REJ        07-02-2009


546762-R1      34ES/13HS   COMPLAINT AGAINST NOT STAFF PERSON
                  NCR         THP        07-09-2009     REJ        07-09-2009


547878-R1      34ZS/13HS   OTHER COMPLAINTS AGAINST STAFF
                  NCR         THP        07-17-2009     REJ        07-17-2009


533675-A1      27CS/       ALLEGES BEING DENIED ROUTINE DENTAL CLEANING
                  BOP         THP        07-21-2009     CLO        11-23-2009


535903-A1      26AS/26BS   CLAIMS NOT GETTING MED TREATMENT
                  BOP         THP        07-21-2009     CLO        10-05-2009


535798-A1      22ZS/       COMPLAINING ABOUT DURESS BUTTON.
                  BOP         THP        07-21-2009     CLO        10-23-2009


533676-A1      22ZS/       SAYS NOT GIVEN ADEQUATE CLOTHING/HYGEINE
                  BOP         THP        07-21-2009     CLD        10-23-2009


549226-R1      20DS/       DHO APPEAL
                  NCR         THP        07-27-2009     REJ        07-27-2009


549443-R1      34ZS/       OTHER COMPLAINTS AGAINST STAFF
                  NCR         THP        07-29-2009     REJ        07-29-2009


549444-R1      34ZS/       OTHER COMPLAINTS AGAINST STAFF
                  NCR         THP        07-29-2009     REJ        07-29-2009


551092-F1      26ZS/34ZS   STATES STAFF WERE NEGLIGENT
                  THP         THP        08-10-2009     REJ        08-11-2009


551094-F1      22ZS/34ZS   STATES STAFF WERE NEGLIGENT
                  THP         THP        08-10-2009     REJ        08-11-2009


551095-F1      22ZS/34ZS   STATES STAFF WERE NEGLIGENT AND ASSUALTED HIM
                  THP         THP        08-10-2009     REJ        08-11-2009


549226-R2      20DS/       DHO APPEAL / CODE 224 / HEARING DATE 05-28-2009
                  NCR         THP        08-10-2009     CLD        08-28-2009


  G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    02-21-2019
PAGE 005 OF     *               SANITIZED FORMAT              *    07:32:47


  REMEDY-ID     SUBJ1/SUBJ2  --------------------ABSTRACT-----------------------
                RCV-OFC    RCV-FACL     DATE-RCV       STATUS     STATUS-DATE


551094-F2     22ZS/34ZS   STATES STAFF WERE NEGLIGENT
                THP        THP          08-10-2009     VOD        09-14-2009

551092-F2     26ZS/34ZS   STATES STAFF WERE NEGLIGENT
                THP        THP          08-10-2009     VOD        09-14-2009

551095-F2     22ZS/34ZS   STATES STAFF WERE NEGLIGENT AND ASSAULTED HIM
                THP        THP          08-10-2009     VOD        09-14-2009

543466-R1     22ZS/       REQUESTING SUPPLIES TO CELL HIS CELL
                NCR        THP          08-12-2009     CLO        08-28-2009

555452-F1     26AS/       WANTS MEDICAL TREATMENT SORE NECK,BACK, HEADACHES
                THP        THP          09-09-2009     CLO        11-10-2009

556455-R1     20DS/       DHO APPEAL / CODE 104 / HEARING DATE 07-30-2009
                NCR        THP          09-10-2009     CLO        10-13-2009

556456-R1     20DS/       DHO APPEAL / CODE 201 / HEARING DATE 07-30-2009
                NCR        THP          09-10-2009     CLO        10-13-2009

551092-F3     26ZS/34ZS   STATES STAFF WERE NEGLIGENT
                THP        THP          09-15-2009     CLD        09-21-2009

551094-F3     22ZS/34ZS   STATES STAFF WERE NEGLIGENT
                THP        THP          09-15-2009     CLD        09-24-2009

551095-F3     22ZS/34ZS   STATES STAFF WERE NEGLIGENT AND ASSAULTED HIM
                THP        THP          09-15-2009     CLD        09-24-2009

556488-F1     34AS/       STATES STAFF THREATENED HIM.
                THP        THP          09-17-2009     CLO        10-14-2009

551092-R1     26ZS/34ZS   STATES STAFF WERE NEGLIGENT
                NCR        THP          09-28-2009     CLO        10-16-2009

558936-R1     20DS/       DHO APPEAL / CODE 224 / HEARING DATE 09-01-2009
                NCR        THP          10-01-2009     CLD        11-12-2009

558938-R1     20DS/       DHO APPEAL / CODE 201 / HEARING DATE 09-01-2009
                NCR        THP          10-01-2009     CLD        11-12-2009

551095-R1     22ZS/34ZS   STATES STAFF WERE NEGLIGENT AND ASSAULTED HIM
                NCR        THP          10-22-2009     CLD        11-19-2009

556488-R1     34AS/       STATES STAFF THREATENED HIM.
                NCR        THP          10-22-2009     CLO        12-07-2009


  G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
  FLMIV          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
PAGE 006 OF    *              SANITIZED FORMAT              *      07:32:47


  REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
               RCV-OFC    RCV-FACL      DATE-RCV       STATUS    STATUS-DATE


551094-R1      22ZS/34ZS   STATES STAFF WERE NEGLIGENT
               NCR         THP       10-22-2009      CLD       12-08-2009

562511-F1      26AM/26BM   WANTS TREATED FOR SKIN CONDITION
               THP         THP       10-27-2009      REJ       10-29-2009

551092-A1      26ZS/34ZS   STAFF FAILED TO REPT PHYSICAL & SEXUAL ABUSE OF I/M
               BOP         THP       11-04-2009      CLO       02-19-2010

556455-A1      20DS/       DHO APPEAL / CODE 104 / HEARING DATE 07-30-2009
               BOP         THP       11-09-2009      CLO       02-24-2010

556456-A1      20DS/       DHO APPEAL / CODE 201 / HEARING DATE 07-30-2009
               BOP         THP       11-09-2009      CLD       03-02-2010

566859-F1      26HS/       WANTS WRONG INFOR TAKEN OFF RECORDS.
               THP         THP       11-25-2009      CLO       12-18-2009

569415-F1      34ZS/25DS   WANTS PROPERTY BACK/STAFF MISCONDUCT
               THP         THP       12-14-2009      CLO       01-14-2010

571741-F1      26AS/       CLAIMS DENIAL OF MED TREATMENT
               THP         THP       12-22-2009      CLO       01-28-2010

571742-F1      22ZS/       CLAIMS PLACED IN RESTAINTS AND PUT IN COLD
               THP         THP       12-22-2009      CLO       01-28-2010

571743-F1      34AS/       CLAIMS STAFF USED EXCESSIVE FORCE.
               THP         THP       12-22-2009      CLO       01-19-2010

571537-R1      34ZS/       OTHER COMPLAINT AGAINST STAFF
               NCR         THP       12-31-2009      CLO       01-22-2010

571539-R1      34ZS/       OTHER COMPLAINT AGAINST STAFF
               NCR         THP       12-31-2009      VOD       12-31-2009

571539-R2      34ZS/       OTHER COMPLAINT AGAINST STAFF
               NCR         THP       12-31-2009      REJ       12-31-2009

571539-R3      26AS/       DELAY OR ACCESS TO MEDICAL CARE
               NCR         THP       12-31-2009      VOD       12-31-2009

571543-R1      26AS/       DELAY OR ACCESS TO MEDICAL CARE
               NCR         THP       12-31-2009      REJ       12-31-2009

571545-R1      34ZS/       OTHER COMPLAINTS AGAINST STAFF
               NCR         THP       12-31-2009      REJ       12-31-2009


  G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
PAGE 007 OF    *                  SANITIZED FORMAT                *      07:32:47


   REMEDY-ID     SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
                 RCV-OFC   RCV-FACL     DATE-RCV         STATUS     STATUS-DATE


571549-R1       34ZS/      OTHER COMPLAINTS AGAINST STAFF
                 NCR        THP        12-31-2009        REJ        12-31-2009

556488-A1       34AS/      STATES STAFF THREATENED HIM.
                 BOP        THP        01-04-2010        CLO        05-05-2010

551094-A1       22ZS/34ZS  STATES STAFF WERE NEGLIGENT
                 BOP        THP        01-04-2010        CLO        05-05-2010

551095-A1       22ZS/34ZS  STATES STAFF WERE NEGLIGENT AND ASSUALTED HIM
                 BOP        THP        01-04-2010        CLO        05-05-2010

572507-R1       26ZS/      OTHER MEDICAL MATTERS
                 NCR        THP        01-06-2010        REJ        01-06-2010

572458-F1       26AS/      CLAIMS DENIAL OF MED TREATMENT
                 THP        THP        01-11-2010        CLO        01-28-2010

571743-R1       34AS/      CLAIMS STAFF USED EXCESSIVE FORCE.
                 NCR        THP        01-25-2010        CLO        02-16-2010

569415-R1       34ZS/25DS  WANTS PROPERTY BACK/STAFF MISCONDUCT
                 NCR        THP        01-28-2010        CLO        03-24-2010

575478-R1       20DS/      DHO APPEAL / CODE 224 / HEARING DATE 07-30-2009
                 NCR        THP        02-01-2010        CLO        02-16-2010

575803-F1       26AS/      CLAIMS MED DENIED TREATMENT
                 THP        THP        02-04-2010        CLO        02-12-2010

575804-F1       22ZS/34ZS  SHU CONDITIONS/CLAIMS STAFF MISCONDUCT
                 THP        THP        02-04-2010        CLD        02-16-2010

575852-F1       26AS/26BS  CLAIMS DENIAL OF MEDICAL TREATMENT
                 THP        THP        02-05-2010        CLD        02-16-2010

575804-R1       22ZS/34ZS  SHU CONDITIONS/CLAIMS STAFF MISCONDUCT
                 NCR        OKL        02-24-2010        REJ        02-24-2010

575852-R1       26AS/26BS  CLAIMS DENIAL OF MEDICAL TREATMENT
                 NCR        OKL        02-24-2010        REJ        02-24-2010

575803-R1       26AS/      CLAIMS MED DENIED TREATMENT
                 NCR        OKL        02-24-2010        REJ        02-24-2010

583949-R1       25CS/      CLAIMS THERE IS A HIT OUT ON HIS LIFE?
                 NER        OKL        02-26-2010        VOD        04-05-2010


G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
  FLMIV              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
PAGE 008 OF     *              SANITIZED FORMAT              *      07:32:47


   REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
                RCV-OFC    RCV-FACL      DATE-RCV        STATUS     STATUS-DATE


575803-R2       26AS/       CLAIMS MED DENIED TREATMENT
                 NER        LEW         03-22-2010      CLD        04-21-2010

575804-R2       22ZS/34ZS   SHU CONDITIONS/CLAIMS STAFF MISCONDUCT
                 NER        LEW         03-22-2010      REJ        04-08-2010

575852-R2       26AS/26BS   CLAIMS DENIAL OF MEDICAL TREATMENT
                 NER        LEW         03-22-2010      REJ        04-08-2010

583946-R1       34FS/       SEXUAL ASSUALT? NOT SURE I/M'S BP-9 IS HARD TO READ
                 NER        LEW         04-02-2010      REJ        04-05-2010

583949-R2       25CS/       CLAIMS THERE IS A HIT OUT ON HIS LIFE?
                 NER        LEW         04-02-2010      REJ        04-05-2010

586680-F1       22ZS/       CLAIMS PLACED  W/INMATE THAT PREV. ASSAULTED HIM
                 LEW        LEW         04-22-2010      CLD        04-29-2010

586711-F1       26AS/       WANTS MEDICAL ATTN FOR STOMACH PAINS/CHEST PAIN
                 LEW        LEW         04-22-2010      CLD        05-17-2010

586716-F1       34ZS/       CLAIMS STAFF ASSAULTED HIM
                 LEW        LEW         04-22-2010      CLO        05-07-2010

586723-F1       34ZS/       CLAIM STAFF NEG. FOR ANOTHER INMATE ATTACKING HIM
                 LEW        LEW         04-22-2010      CLD        04-29-2010

586727-F1       34ZS/       CLAIMS STAFF PUT HIM IN CELL WITH GANGSTER DISCIPLES
                 LEW        LEW         04-22-2010      CLD        05-04-2010

575804-R3       22ZS/34ZS   SHU CONDITIONS/CLAIMS STAFF MISCONDUCT
                 NER        LEW         04-26-2010      VOD        05-24-2010

575852-R3       26AS/26BS   CLAIMS DENIAL OF MEDICAL TREATMENT
                 NER        LEW         04-26-2010      CLD        05-25-2010

575804-R4       22ZS/34ZS   SHU CONDITIONS/CLAIMS STAFF MISCONDUCT
                 NER        LEW         04-26-2010      REJ        05-24-2010

569415-A1       34ZS/25DS   WANTS PROPERTY BACK/STAFF MISCONDUCT
                 BOP        LEW         04-27-2010      REJ        05-18-2010

588886-F1       34ZS/       CLAIMS STAFF ASSULTED
                 LEW        LEW         05-06-2010      CLD        05-26-2010

586680-R1       22ZS/       CLAIMS PLACED  W/INMATE THAT PREV. ASSAULTED HIM
                 NER        LEW         05-06-2010      CLD        06-04-2010


  G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
PAGE 009 OF       *              SANITIZED FORMAT              *      07:32:47


  REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
               RCV-OFC    RCV-FACL      DATE-RCV      STATUS     STATUS-DATE


575803-A1      26AS/15IS   CLAIMS MED DENIED TREATMENT
               BOP         LEW           05-07-2010    CLO        07-27-2010


589411-F1      22ZS/34ZS   CLAIM STF FORCED HIM IN CELL W INMATE MAKING THREATS
               LEW         LEW           05-11-2010    CLD        05-26-2010


586716-R1      34ZS/       CLAIMS STAFF ASSAULTED HIM
               NER         LEW           05-17-2010    CLD        06-14-2010


586723-R1      34ZS/       CLAIM STAFF NEG. FOR ANOTHER INMATE ATTACKING HIM
               NER         LEW           05-19-2010    CLD        06-14-2010


586727-R1      34ZS/       CLAIMS STAFF PUT HIM IN CELL WITH GANGSTER DISCIPLES
               NER         LEW           05-20-2010    REJ        05-25-2010


586711-R1      26AS/       WANTS MEDICAL ATTN FOR STOMACH PAINS/CHEST PAIN
               NER         LEW           05-24-2010    CLD        06-21-2010


591312-F1      22ZS/34ZS   CLAIMS STAFF MADE HIM LIVE IN CELL W/LEAKING WATER
               LEW         LEW           05-25-2010    CLD        06-09-2010


591534-F1      34ZS/26AS   CLAIMS STAFF NEGLIGENCE AT THP RE: CHRONIC CARE
               LEW         LEW           05-26-2010    CLO        07-14-2010


591535-F1      34ZS/26AS   CLAIMS STAFF MISCONDUCT AT THP RE: MED CONDITION
               LEW         LEW           05-26-2010    CLD        07-14-2010


591538-F1      34ZS/26AS   CLAIMS STAFF MISCONDUCT AT THP RE: BLOOD TESTS
               LEW         LEW           05-26-2010    CLO        07-14-2010


592042-F1      26AS/       CLAIMS DENIED MEDICAL TREATMENT
               LEW         LEW           05-28-2010    CLD        06-29-2010


592184-F1      34BS/       CLAIMS HARASSMENT BY STAFF
               LEW         LEW           06-01-2010    CLD        06-16-2010


588886-R1      34ZS/       CLAIMS STAFF ASSULTED
               NER         LEW           06-01-2010    CLD        06-29-2010


586727-R2      34ZS/       CLAIMS STAFF PUT HIM IN CELL WITH GANGSTER DISCIPLES
               NER         LEW           06-01-2010    CLD        06-29-2010


589411-R1      22ZS/34ZS   CLAIM STF FORCED HIM IN CELL W INMATE MAKING THREATS
               NER         LEW           06-01-2010    CLD        06-29-2010


569415-A2      34ZS/25DS   WANTS PROPERTY BACK/STAFF MISCONDUCT
               BOP         LEW           06-01-2010    CLO        10-28-2010



  G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
PAGE 010 OF      *              SANITIZED FORMAT              *      07:32:47


  REMEDY-ID     SUBJ1/SUBJ2  --------------------ABSTRACT-----------------------
                RCV-OFC   RCV-FACL      DATE-RCV        STATUS      STATUS-DATE


595017-A1      15IM/       SMU APPEAL
                 BOP         LEW       06-01-2010      CLD         06-30-2010

575804-R5      22ZS/34ZS   SHU CONDITIONS/CLAIMS STAFF MISCONDUCT
                 NER         LEW       06-03-2010      CLD         07-02-2010

591312-R1      22ZS/34ZS   CLAIMS STAFF MADE HIM LIVE IN CELL W/LEAKING WATER
                 NER         LEW       06-18-2010      CLD         07-13-2010

586680-A1      22ZS/       CLAIMS PLACED  W/INMATE THAT PREV. ASSAULTED HIM
                 BOP         LEW       06-22-2010      REJ         07-22-2010

586716-A1      34ZS/       CLAIMS STAFF ASSAULTED HIM
                 BOP         LEW       06-25-2010      CLO         01-14-2011

596039-F1      26DS/       CLAIMS DID NOT RECEIVE PAIN MEDS FOR BROKEN TOE
                 LEW         LEW       06-28-2010      CLD         07-06-2010

596041-F1      34ZS/       CLAIMS STAFF FAILED TO PROTECT HIM FROM ASSAULT
                 LEW         LEW       06-28-2010      CLD         07-01-2010

596042-F1      26DS/       CLAIMS HIS CHRONIC AND PSYCHOTIC MEDS WERE STOPPED
                 LEW         LEW       06-28-2010      CLD         07-14-2010

586723-A1      34ZS/       CLAIM STAFF NEG. FOR ANOTHER INMATE ATTACKING HIM
                 BOP         LEW       06-28-2010      CLD         12-16-2010

592184-R1      34BS/       CLAIMS HARASSMENT BY STAFF
                 NER         LEW       06-30-2010      CLD         07-28-2010

575852-A1      26AS/26BS   CLAIMS DENIAL OF MEDICAL TREATMENT
                 BOP         LEW       07-06-2010      CLD         11-19-2010

592042-R1      26AS/       CLAIMS DENIED MEDICAL TREATMENT
                 NER         LEW       07-08-2010      CLD         08-05-2010

596041-R1      34ZS/       CLAIMS STAFF FAILED TO PROTECT HIM FROM ASSAULT
                 NER         LEW       07-09-2010      REJ         07-13-2010

586711-A1      26AS/       WANTS MEDICAL ATTN FOR STOMACH PAINS/CHEST PAIN
                 BOP         LEW       07-12-2010      REJ         07-29-2010

586727-A1      34ZS/       CLAIMS STAFF PUT HIM IN CELL WITH GANGSTER DISCIPLES
                 BOP         LEW       07-16-2010      CLO         01-10-2011

588886-A1      34DS/       CLAIMS EXCESSIVE USE OF FORCE
                 BOP         LEW       07-19-2010      CLO         12-29-2010


G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
PAGE 011 OF       *              SANITIZED FORMAT              *      07:32:47


  REMEDY-ID     SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
                RCV-OFC      RCV-FACL      DATE-RCV       STATUS     STATUS-DATE


589411-A1       22ZS/34ZS   CLAIM STF FORCED HIM IN CELL W INMATE MAKING THREATS
                BOP          LEW       07-19-2010        CLD        12-29-2010

599448-F1       20ZS/       CLAIMS NOT GETTING DHO REPORTS
                LEW          LEW       07-21-2010        REJ        07-21-2010

596041-R2       34ZS/       CLAIMS STAFF FAILED TO PROTECT HIM FROM ASSAULT
                NER          LEW       07-23-2010        CLD        08-19-2010

596042-R1       26DS/       CLAIMS HIS CHRONIC AND PSYCHOTIC MEDS WERE STOPPED
                NER          LEW       07-29-2010        CLD        08-26-2010

599448-F2       20ZS/       CLAIMS NOT GETTING DHO REPORTS
                LEW          LEW       07-30-2010        CLG        08-05-2010

586680-A2       22ZS/       CLAIMS PLACED  W/INMATE THAT PREV. ASSAULTED HIM
                BOP          LEW       08-02-2010        CLD        01-13-2011

575804-A1       22ZS/34ZS   SHU CONDITIONS/CLAIMS STAFF MISCONDUCT
                BOP          LEW       08-02-2010        CLD        01-13-2011

592184-A1       34BS/       CLAIMS HARASSMENT BY STAFF
                BOP          LEW       08-10-2010        CLD        02-08-2011

591312-A1       22ZS/34ZS   CLAIMS STAFF MADE HIM LIVE IN CELL W/LEAKING WATER
                BOP          LEW       08-12-2010        CLD        01-18-2011

599448-R1       20ZS/       CLAIMS NOT GETTING DHO REPORTS
                NER          LEW       08-16-2010        CLD        09-15-2010

599448-A1       20ZS/       CLAIMS NOT GETTING DHO REPORTS
                BOP          LEW       08-18-2010        REJ        08-31-2010

605062-A1       20CM/       DHO APPEAL
                BOP          LEW       08-18-2010        REJ        08-31-2010

605063-A1       20CM/       DHO APPEAL
                BOP          LEW       08-18-2010        REJ        08-31-2010

603622-F1       34ZS/       CLAIMS NEGLIGENCE DUE TO BEING ATTACKED BY CELLMATE
                LEW          LEW       08-19-2010        CLD        08-26-2010

605563-A1       20CM/       DHO APPEAL
                BOP          LEW       08-23-2010        REJ        09-02-2010

605564-A1       20CM/       DHO APPEAL
                BOP          LEW       08-23-2010        REJ        09-02-2010


G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
   FLMIV            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
   PAGE 012 OF      *                SANITIZED FORMAT             *      07:32:47


    REMEDY-ID      SUBJ1/SUBJ2  --------------------ABSTRACT----------------------
                   RCV-OFC      RCV-FACL      DATE-RCV       STATUS     STATUS-DATE


   605565-A1       20CM/        DHO APPEAL
                   BOP          LEW           08-23-2010     REJ        09-02-2010

   586711-A2       26AS/        WANTS MEDICAL ATTN FOR STOMACH PAINS/CHEST PAIN
                   BOP          LEW           08-23-2010     CLO        02-24-2011

   592042-A1       26AS/        CLAIMS DENIED MEDICAL TREATMENT
                   BOP          LEW           09-01-2010     CLD        02-16-2011

   603622-R1       34ZS/        CLAIMS NEGLIGENCE DUE TO BEING ATTACKED BY CELLMATE
                   NER          LEW           09-07-2010     CLD        10-04-2010

   596042-A1       26DS/        CLAIMS HIS CHRONIC AND PSYCHOTIC MEDS WERE STOPPED
                   BOP          LEW           09-08-2010     REJ        09-24-2010

   596041-A1       34ZS/        CLAIMS STAFF FAILED TO PROTECT HIM FROM ASSAULT
                   BOP          LEW           09-09-2010     CLD        02-03-2011

   605063-R1       20CM/        DHO APPEAL
                   NER          LEW           09-13-2010     CLD        10-13-2010

   605563-R1       20CM/        DHO APPEAL
                   NER          LEW           09-13-2010     CLD        10-13-2010

   605062-R1       20CM/        DHO APPEAL
                   NER          LEW           09-13-2010     CLD        10-13-2010

   605565-R1       20CM/        DHO APPEAL
                   NER          LEW           09-13-2010     CLD        10-13-2010

   605564-R1       20CM/        DHO APPEAL
                   NER          LEW           09-13-2010     CLD        10-13-2010

   599448-R2       20ZS/        CLAIMS NOT GETTING DHO REPORTS
                   NER          LEW           09-13-2010     REJ        09-17-2010

   605563-A2       20CM/        DHO APPEAL/HEARING DATE 09-29-2010/CODE 201,307
                   BOP          LEW           09-13-2010     CLD        02-14-2011

   608620-R1       22ZS/        I/M DOES NOT WANT CELL MATE
                   NER          LEW           09-23-2010     REJ        09-24-2010

   609203-F1       22ZS/        CLAIMS SEXUALLY ASSAULTED BY CELLMATE.
                   LEW          LEW           09-30-2010     CLO        10-07-2010

   599448-A2       20ZS/        CLAIMS NOT GETTING DHO REPORTS
                   BOP          LEW           10-05-2010     REJ        11-02-2010


   G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
  FLMIV           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-21-2019
PAGE 013 OF    *              SANITIZED FORMAT              *      07:32:47


  REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT-----------------------
               RCV-OFC      RCV-FACL      DATE-RCV      STATUS     STATUS-DATE


611047-R1      20CS/        DHO APPEAL
               NER          LEW        10-12-2010      CLD        11-10-2010


611048-R1      20CS/        DHO APPEAL
               NER          LEW        10-12-2010      CLD        11-10-2010


611290-R1      34AS/22ZS    STAFF COMPLAINT & CLAIMS HE WAS SEXUAL ASSUALTED
               NER          LEW        10-12-2010      REJ        10-18-2010


596042-A2      26DS/        CLAIMS HIS CHRONIC AND PSYCHOTIC MEDS WERE STOPPED
               BOP          LEW        10-13-2010      CLO        05-04-2011


609203-R1      22ZS/        CLAIMS SEXUALLY ASSAULTED BY CELLMATE.
               NER          LEW        10-14-2010      CLD        11-12-2010


599448-A3      20ZS/        CLAIMS NOT GETTING DHO REPORTS
               BOP          LEW        10-15-2010      REJ        11-09-2010


603622-A1      34ZS/        CLAIMS NEGLIGENCE DUE TO BEING ATTACKED BY CELLMATE
               BOP          LEW        10-25-2010      CLO        02-11-2011


605565-A2      20CM/        DHO APPEAL/CODE 224/HEARING DATE 05-14-2010
               BOP          LEW        10-29-2010      REJ        12-03-2010


605063-A2      20CM/        DHO APPEAL
               BOP          LEW        10-29-2010      REJ        12-03-2010


605062-A2      20CM/        DHO APPEAL/HEARING DATE 05-14-10/CODE 201
               BOP          LEW        11-02-2010      CLD        02-17-2011


616306-R1      34BS/        STAFF NEGLIGENCE BY PLACING IN CELL WITH IM
               NER          LEW        11-08-2010      REJ        11-23-2010


616307-R1      34BS/        STAFF NEGLIGENCE BY PLACING IN CELL WITH IM
               NER          LEW        11-08-2010      REJ        11-23-2010


611047-A1      20CS/        DHO APPEAL
               BOP          LEW        11-22-2010      REJ        12-10-2010


611048-A1      20CS/        DHO APPEAL
               BOP          LEW        11-22-2010      REJ        12-10-2010


609203-A1      22ZS/        CLAIMS SEXUALLY ASSAULTED BY CELLMATE.
               BOP          LEW        12-02-2010      CLO        03-03-2011


605564-A2      20CM/        DHO APPEAL HRG 05-14-2010 CODES 299/224/307/312
               BOP          LEW        12-13-2010      CLD        02-22-2011


  G0002        MORE PAGES TO FOLLOW . . .
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
  FLMIV        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-21-2019
PAGE 014 OF 014 *              SANITIZED FORMAT              *     07:32:47


  REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
               RCV-OFC    RCV-FACL      DATE-RCV      STATUS     STATUS-DATE


605565-A3      20CM/      DHO APPEAL HRG 05-14-2010 CODE 224
               BOP        LEW          12-21-2010      CLD       02-24-2011


605063-A3      20CM/      DHO APPEAL/CODE 203/HEARING DATE 05-14-2010
               BOP        LEW          12-27-2010      CLD       03-28-2011


611048-A2      20CS/      DHO APPEAL/CODE 224/HEARING DATE 09-29-2010
               BOP        LEW          01-05-2011      REJ       01-24-2011


611047-A2      20CS/      DHO APPEAL/CODE 201/HEARING DATE 09-29-2010
               BOP        LEW          01-05-2011      CLD       02-22-2011


622318-F1      11ZS/      DENIED ACE PROGRAM/VIOLATE RIGHTS
               LEW        LEW          01-13-2011      CLO       01-21-2011


840846-F1      26DS/      WANTS TO REC HAWODORE 50MG THAT DR. DISCONT.
               LEW        LEW          11-02-2015      CLD       11-13-2015


849157-F1      34ZS/      STAFF MISCONDUCT
               LEW        LEW          01-21-2016      REJ       01-21-2016


850275-F1      26DS/13HS  INMATE WANTS MEDS, SINGLE CELL, STAFF REPREMANDED
               LEW        LEW          02-01-2016      REJ       02-01-2016


887367-F1      28AM/      RQSTS MH ILLNESSES TO BE TREATED WITH 50MG TRAZADONE
               FLM        FLM          12-27-2016      CLO       01-19-2017


887367-R1      28AM/      RQSTS MH ILLNESSES TO BE TREATED WITH 50MG TRAZADONE
               NCR        FLM          01-30-2017      CLD       03-20-2017


887367-A1      28AM/      RQSTS MH ILLNESSES TO BE TREATED WITH 50MG TRAZADONE
               BOP        FLM          04-17-2017      CLO       04-28-2017
```

```
        203 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT 2 to DEFENDANTS' MOTION FOR SUMMARY JUDGMENT