IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 18-cv-01962-RM-MDB | Date: November 14, 2022 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Kim Millbrook | Pro se |
| Plaintiff, | |
| v. | |
| A.W. Spitz, et al | Katherine Ross |
| | Nicholas Deuschle |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC FINAL PRETRIAL CONFERENCE**

**10:01 a.m.    Court in session.**

Court calls case. Appearances entered. Discussion and review of Proposed Final Pretrial Order (FPTO) (ECF No. 192). The Court notes that this is a revised proposed FPTO ordered at the last proceeding. The revised FPTO contains two disputes, one of which has already been resolved by the presiding judge, the Honorable Raymond P. Moore.

The second dispute centers around the claims to be tried. Defendants' position is that three claims will proceed to trial: the 8th Amendment excessive force claim, the 1st Amendment retaliation claim, and the claim under the Federal Tort Claims Act. Mr. Millbrook on the other hand, insists that there is an additional claim under *Bivens* for failure to protect. Based on the Court's review of the docket, neither Judge Gallagher during screening, nor any other judge, has construed a failure to protect claim.

The Court informs Mr. Millbrook of his ability to motion the court for relief from any of the court's previous rulings and reminds him that there are deadlines associated with motions practice. Should he opt to seek relief on this particular issue, it will likely result in further delay. Mr. Millbrook indicates that he intends to file a motion today because he believes he has a failure to protect claim that must proceed to trial. The Court sets a **filing deadline** of **November 25, 2022.**

Trial Preparation Conference and trial dates will be set by District Judge Raymond P. Moore.

**Final Pretrial Order is signed**.

**10:11 a.m.     Court in recess.**

Hearing concluded.
Total in-court time    00:10

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.