IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01962-RM-MDB

KIM MILLBROOK,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
SPITZ, Assistant Warden,
MURTON, Lieutenant,
COLLINS, Correctional Officer, and
COCHRAN, Correctional Officer,

    Defendants.

---

**DEFENDANTS' MOTION RESET THE TRIAL DATE**

---

Defendants Spitz, Murton, Collins, and Cochran, together with Defendant the United States of America, hereby file this motion to reset the trial date in this matter. As set forth below, lead counsel for Defendants has a pre-existing conflict with the dates of trial recently set in the above-captioned matter.

Pursuant to D.C.COLO.LCivR 7.1(b), undersigned counsel certifies that this matter is excepted from the duty to confer, because Plaintiff is an unrepresented prisoner.

Undersigned counsel, AUSA Ross, has been handling the case since late 2018. *See* ECF No. 27. Her co-counsel, AUSA Deuschle, only recently entered his appearance. *See* ECF No. 180 (Entry of Appearance dated July 25, 2022). On November 15, 2022, the Court set a four-

day trial in this matter beginning March 13, 2023.  ECF No. 199.[1]

However, AUSA Ross is not available for trial on those dates, because she has another trial previously scheduled on those dates.  Specifically, AUSA Ross is also counsel in *Owens v. United States* et al., 20-cv-01094-RBJ-NRN (D. Colo.), in which she has represented the defendants from the inception of the case in 2020.  *See Owens*, ECF No. 41.  Trial in the *Owens* case was set over four months ago for three days beginning March 13, 2023.  *Owens*, ECF Nos. 196, 216.  As in this matter, co-counsel has entered an appearance in the *Owens* matter only recently.  *Owens*, ECF No. 211 (Entry of Appearance dated June 21, 2022).

In short, AUSA Ross has a pre-existing trial date that conflicts with the trial date recently set in this case, and substitution of counsel is not feasible in either case.  Because the Court only recently set the trial date, neither counsel for Defendants nor Plaintiff will be adversely affected by resetting the trial date.  Moreover, Plaintiff will not be prejudiced because he seeks money damages and, to the extent he seeks injunctive relief, it is related only to past conduct.  Finally, Plaintiff has a pending Motion for Reconsideration regarding a putative *Bivens* claim, ECF No. 203, that will not be fully briefed until at least December 30, 2022, and which must be decided prior to trial.

Accordingly, Defendants respectfully request that the Court grant this motion to reset the

---

[1] The Order Setting Case for Trial indicates that the trial will be to a jury.  However, neither of his claims are so triable.  Of his two surviving claims, the first is brought pursuant to the FTCA, which must be tried to the Court.  28 U.S.C. § 2402.  The second is a claim for injunctive relief against the individual defendants in their official capacities.  ECF No. 16 at 2.  This is construed as a claim against the United States, and the right to a jury trial does not apply to such claims.  *Atkinson v. O'Neill*, 867 F.2d 589, 590 (10th Cir. 1989); *Osborn v. Haley*, 549 U.S. 225, 252 (2007).  Plaintiff has asked this Court to reconsider its dismissal of his putative *Bivens* claim regarding his conditions of confinement.  *See* ECF No. 203.  That motion is pending.  Unless that motion is granted, Plaintiff is not entitled to a jury trial.

trial date in this matter. If this motion is granted, and if the Court is so inclined, counsel for Defendants can contact the Court's chambers for purposes of scheduling a new trial date.

Respectfully submitted December 12, 2022.

        COLE FINEGAN
        United States Attorney

        s/ Katherine A. Ross
        **Katherine A. Ross**
        Nick Deuschle
        Assistant United States Attorneys
        1801 California Street
        Denver, CO 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0411
        Email: katherine.ross@usdoj.gov
                ndeuschle@usdoj.gov
        Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I caused the foregoing **DEFENDANTS' MOTION RESET THE TRIAL DATE** to be sent by U.S. Mail to the following non-CM/ECF participant:

Inmate Kim Millbrook (Reg. No. 13700-026)
USP Florence ADMAX
U.S. Penitentiary
PO BOX 8500
Florence, CO 81226
Plaintiff, *pro se*

*s/ Heather Johnson*
United States Attorney's Office

8