IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 18–cv–01962–RM–MDB

KIM MILLBROOK,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
SPITZ, Assistant Warden,
MURTON, Lieutenant,
COLLINS, Correctional Officer, and
COCHRAN, Correctional Officer, in their individual and official capacities,

    Defendants.

## APPOINTMENT ORDER

It is hereby ORDERED that Plaintiff's Motion for Appointment of Counsel (Doc. No. 224), referred to this Court by Judge Raymond P. Moore on June 6, 2023, (Doc. No. 226), is **GRANTED**.

In accordance with D.C.COLO.LAttyR 15 of the U.S. District Court's Local Rules, the Court hereby determines that Plaintiff Kim Millbrook merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations, as set forth in D.C.COLO.LAttyR 15(f)(1)(B) have been met:

    1) the nature and complexity of the action;

    2) the potential merit of the claims or defenses of the unrepresented party;

    3) the inability of the unrepresented party to retain an attorney by other means; and

4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel.

The United States acknowledges that this case will go to trial. Therefore, if a lawyer were to take the case, they would likely go to trial in federal court.

Accordingly, it is **ORDERED** that pursuant to D.C.COLO.LAttyR 15(f)(2), the Clerk shall select, notify, and appoint counsel to represent the unrepresented party in this civil matter. The Plaintiff is advised that the Clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case. The Court cautions Plaintiff that he remains responsible for all scheduled matters, including hearings, depositions, motions and trial.

The Clerk is directed to send a copy of this Order to Plaintiff:

Kim Millbrook, #13700-026
Florence ADMAX
U.S. Penitentiary
Inmate Mail/Parcels
PO Box 8500
Florence, CO 81226

Dated this 11th day of August, 2023.

**BY THE COURT:**

_____
Maritza Dominguez Braswell
United States Magistrate Judge