# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01962-RM-MDB

KIM MILLBROOK,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
SPITZ, Assistant Warden,
MURTON, Lieutenant,
COLLINS, Correctional Officer, and
COCHRAN, Correctional Officer,

    Defendants.

## <u>JOINT</u> STIPULATION OF DISMISSAL IN PART

Plaintiff Kim Millbrook and Defendants Spitz, Murton, Collins, and Cochran (the "Individual Defendants") have reached an agreement to dismiss Plaintiff's claims for injunctive relief against the Individual Defendants. Specifically, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, through counsel, hereby stipulate that Plaintiff's claims for injunctive relief under the Eighth Amendment and for injunctive relief under the First Amendment should be dismissed with prejudice.

With the above stipulation of dismissal, Plaintiff's only remaining claims for trial are his claims against the United States for damages pursuant to the Federal Tort Claims Act.

Respectfully submitted November 21, 2024.

s/ Kimberley Cy. Motley
*Kimberley Cy. Motley*
Motley Legal Services
P.O. Box 1433
Matthews, NC 28106
Telephone: 704-765-4887
Fax: 704-582-6229
Email: Kmotley@motleylegal.com
Attorney for Plaintiff

s/ Cheyenne A.E. Moore
*Cheyenne A.E. Moore*
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street Suite 500
Denver, CO 80202
Telephone: 303-583-9900
Fax: 303-583-9999
Email: Cheyenne.Moore@nelsonmullins.com
Attorney for Plaintiff

MATTHEW T. KIRSCH
Acting United States Attorney

s/ Nicholas A. Deuschle
Katherine A. Ross
*Nicholas A. Deuschle*
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0408
E-mail: katherine.ross@usdoj.gov
          nick.deuschle@usdoj.gov
Counsel for Defendants

2

## CERTIFICATE OF SERVICE

       I hereby certify that, on November 21, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following individuals:

Kimberley Cy. Motley
Motley Legal Services
P.O. Box 1433
Matthews, NC 28106
Email:Kmotley@motleylegal.com

Cheyenne A.E. Moore
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Email:Cheyenne.Moore@nelsonmullins.com

Attorneys for Plaintiff

                                                                                     s/ Nicholas A. Deuschle
                                                                                    ***Nicholas A. Deuschle***
                                                                                    Assistant United States Attorney