**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher**

| | |
|---|---|
| Date: | January 10, 2025 |
| Courtroom Deputy: | Donald L. Clement |
| Court Reporter: | Erin Valenti |

| | |
|---|---|
| Civil Action No. **1:18-cv-01962-GPG-MDB** | Counsel: |
| KIM MILLBROOK, | Cheyenne A.E. Moore |
| | Kimberley Cy. Motley |
| Plaintiff, | |
| v. | |
| USA, | Katherine Ann Ross |
| | Nicholas Albert Deuschle |
| Defendants. | |

**COURTROOM MINUTES**

**VIDEO STATUS CONFERENCE**

**8:19 a.m.    Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion regarding direction of case, case being transferred, trial date, new trial date being requested by Plaintiff, location of Plaintiff, Pretrial Order [D. 198],

**ORDERED:**   the oral request for a continuance is GRANTED and the bench trial set on March 3, 2025, is VACATED. All other motion deadlines and hearings are vacated.

**ORDERED:**   a three-day Bench Trial is set for Monday June 9, 2025, starting at 12:00 PM in Courtroom C202 (Byron Rogers Courthouse-Denver).

**ORDERED:**  Plaintiffs Counsel shall refile an updated Proposed Pretrial Order with remaining claims clearly defined.

**ORDERED:**  that on or before March 20, 2025, parties are to file a brief pertaining to all issues remaining and all orders issued that will affect the Bench Trial.

**ORDERED:**  that a Video Pretrial Conference is set on Friday March 28, 2025, at 8:00 AM in Courtroom 150 (Durango).

**8:39 a.m.**     **Court in recess. Hearing concluded.**

Total time in court: 00:20 Minutes