IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01962-GPG-MDB
(consolidated with 1:18-cv-02667-GPG-MDB)

KIM MILLBROOK,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE

Plaintiff Kim Millbrook respectfully requests that the Court continue the trial date from June 9-12, 2025, to a later date to be determined by the Parties and this Court. Additionally, vacate all case deadlines to be reset in accordance with a new trial date. All counsel of record have conferred regarding the relief sought herein, and Defendant United States of America through its counsel does not oppose this Motion.

1. On August 1, 2018, Plaintiff Kim Millbrook ("Mr. Millbrook") filed an action (Case No. 18-cv-01962, referred to hereafter as the "1962 Action") against individually named defendants for alleged violations of his constitutional rights that arose primarily out of an incident on July 18, 2018.

2. On October 18, 2018, Mr. Millbrook filed an action against The United States of America (Case No. 18-cv-02667, referred to hereafter as "2667 Action") under the Federal Tort Claims Act for alleged conduct arising out of the same incident on July 18, 2018.

4908-4741-4324 v.1

3.     On March 14, 2019, Judge Moore granted Defendants' motion to consolidate the 1962 Action and 2667 Action.[1] [ECF No. 43].

4.     On January 10, 2025, this Court ordered a three-day Bench Trial to commence June 9, 2025.

5.     Mr. Millbrook recently became the sole caregiver of his brother, who is experiencing serious health issues and medical complications, including the amputation of both legs and some fingers due to gangrene and other conditions, and his brother is currently undergoing dialysis. *See* **Exhibit A**, doctor's note from Mr. Millbrook's brother's most recent medical treatment. As such, Mr. Millbrook seeks a continuance of the trial date to allow for the care and rehabilitation of his brother.

6.     Mr. Millbrook's request for continuance in consideration with the trial calendars of counsel of record, the Parties seek a 120-day continuance from the June 9 trial date.

7.     Mr. Millbrook further requests all case deadlines be vacated and reset in accordance with a new trial date.

8.     The Parties have not previously requested a continuance of a trial date; however, in 2022, Mr. Millbrook sought a case continuance to accommodate his temporary transfer and appearance for a Pennsylvania case. [ECF Nos. 153, 157, 166, 177].

---

[1] At the time the motion to consolidate was filed, several defendants remained in the cases.

Respectfully submitted April 14, 2025.

/s/ Cheyenne A.E. Moore
Cheyenne A.E. Moore
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone: 303-583-9900
Fax: 303-583-9999
cheyenne.Moore@nelsonmullins.com

Kimberley Cy. Motley
Motley Legal Services
P.O. Box 1433
Matthews, NC 28106
Telephone: 704-765-4887
Fax: 704-763-5413
Kmotley@motleylegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 14, 2025, I electronically filed the foregoing **UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE** with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.


                  */s/ Nick Mangels*
                  Nick Mangels