IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01962-GPG-MDB
(consolidated with 18-cv-02667-GPG-MDB)

KIM MILLBROOK,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## **UNOPPOSED** MOTION FOR EXTENSION OF TIME

    Defendant the United States hereby submits its unopposed extension of time to respond to Plaintiff's Motion for the Exclusion of Countervailing Evidence, an Adverse Inference, and Sanctions for Defendant's Spoliation of Evidence, ECF No. 271, and Plaintiff's Updated Briefing on Discovery Dispute,[1] ECF No. 272 (together, "Plaintiff's Motions"). Specifically, Defendant seeks an extension of two weeks, until July 7, 2025. As set forth below, good cause exists for this Motion.

    1.    Plaintiff's Motions were filed June 9, 2025. *See* ECF Nos. 271, 272. Per this Court's order, Defendant's current deadline to respond is June 23, 2025. *See* ECF No. 268 at 2.

    2.    Defendant's responses to Plaintiff's Motions will necessarily incorporate declarations from BOP officials. For instance, to respond to Plaintiff's allegations of spoliation,

---

[1] Because it seeks relief, *i.e.*, that the Court order Defendant to produce certain documents, Defendant is treating the Updated Briefing as a motion to compel.

1

Defendant will need a declaration that explains BOP's document-retention practices. Similarly, to respond to Plaintiff's request that the Court compel the production of certain documents, Defendant will need a declaration to support its objection that a search for these documents would be unduly burdensome.

3. Undersigned counsel have been working diligently, and have drafted preliminary responses to Plaintiff's Motions. However, they have been impeded by the limited availability of BOP counsel to assist with declarations. Specifically, the assigned BOP attorney is out of the office through June 29, 2025. Defendant's lead attorney, Ms. Ross, will be on medical leave from June 25, 2025, through at least July 1, 2025. Co-counsel, Mr. Deuschle, has numerous upcoming deadlines in other matters.

4. Consequently, Defendant seeks a two-week extension of time to respond to Plaintiff's Motions, until July 7, 2025. As set forth herein, there is good cause for the requested extensions.

5. Pursuant to D.C.COLO.LCivR 7.1(b), undersigned counsel certifies that she has conferred with counsel for Plaintiff, who do not oppose this motion.

6. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that Defendants have not filed a prior request for any extension of time to file a response to Plaintiff's Motions.

7. Pursuant to D.C.COLO.LCiv R 6.1(c), this motion will be served on BOP counsel, as representative for Defendant.

For the foregoing reasons, Defendants request that this Court grant them extensions of time to file their responses to Plaintiff's Motions at ECF Nos. 171 and 172, to July 7, 2025.

Respectfully submitted June 18, 2025.

                                                PETER MCNEILLY
United States Attorney

s/ Katherine A. Ross
*Katherine A. Ross*
Nick Deuschle
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0408
E-mail: katherine.ross@usdoj.gov
        nick.deuschle@usdoj.gov
Counsel for the United States

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all CM/ECF users associated with this case.

      I further certify that on June 18, 2025, I served the foregoing on Brandon Willms, Senior Attorney for the Federal Bureau of Prisons, as representative of the United States.

                                                        *s/ Katherine A. Ross*
                                                        U.S. Attorney's Office