IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 18-cv-01962-GPG-MDB | Date: August 19, 2025 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Kim Millbrook | Cheyenne Moore |
| | Kimberley Motley |
| Plaintiff, | |
| v. | |
| USA | Nicholas Deuschle |
| | Katherine Ross |
| Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**10:32 a.m.**     **Court in session.**

Court calls case. Appearances of counsel. The parties supplement their respective positions with additional arguments as to Plaintiff's *Motion to Exclude Countervailing Evidence, an Adverse Inference, and Sanctions for Defendant's Spoliation of Evidence* at ECF No. 271 (see also ECF No.'s 280 and 282) and *Plaintiff's Updated Briefing on Discovery Dispute Pursuant to Order Dated (D. 268)* at ECF No. 272 (see also ECF No.'s 278, 279 and 283). For reasons put forth on the record, it is

**ORDERED**:   The Motion at ECF No. 272 is **GRANTED**. Defendant shall conduct an OCR-assisted electronic search of the 3000 +/- handwritten inmate grievances that allege involvement in incidents of physical or sexual assault by Officers Murton and Cochran. Additionally, Defendant shall conduct a similar electronic search *and a manual search* of the 288 grievances already uploaded to the Office of Internal Affairs database for the names of the same officers. Documents that reflect Officers Murton or Cochran's involvement in incidents of physical or sexual assault must be produced to Plaintiff. The Court denies Ms. Motley's request to include Spitz and Collins in the searches. The production deadline is **September 11, 2025**.

**ORDERED**:   The Motion at ECF No. 271 is held in abeyance pursuant to the discussion held on the record.

**11:17 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time    00:41

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.