IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | September 2, 2025 |
| Courtroom Deputy: | Donald L. Clement |
| Court Reporter: | Megan Strawn |

Civil Action No. **1:18-cv-01962-GPG-MDB**              Counsel:

KIM MILLBROOK,                                                              Cheyenne A.E. Moore
                                                                                         Kimberley Chongyon Motley

    Plaintiff,

v.

USA,                                                                                  Katherine Ann Ross
                                                                                         Nicholas Albert Deuschle

    Defendants.

## COURTROOM MINUTES

**TELEPHONE STATUS CONFERENCE**

**8:31 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion regarding remote appearance by Plaintiff, conferral with Defendant, Defendants objection to request, and potential motions being filed.

**ORDERED:**   that the Trial Preparation Conference on Monday September 22, 2025, and the Bench Trial set for Tuesday October 14, 2025, for four days are VACATED.

**ORDERED:**   that on or before Friday September 19, 2025, the Plaintiff is to file their motion for remote appearance and Defendant will respond on or before Monday September 29, 2025.

**ORDERED:** that within ten (10) days of an order issued on the motion filed on September 22, 2025, a telephone status conference will be set to reset a new trial preparation conference and bench trial.

**ORDERED:** that the referral at ECF 287 is withdrawn and Unopposed Motion for Extenstion of Time [D. 286] is DENIED AS MOOT.

**8:53 a.m.     Court in recess. Hearing concluded.**
Total time in court: 00:22 Minutes